# EXHIBIT B

CONTRACT NUMBER: 393633

# FIRST AMENDMENT

**THIS AMENDMENT ("Amendment")** is made by and between **AMERICAN COMMERCIAL BARGE LINE LLC** ("ACBL") and **IWC OIL & REFINERY'S CORPORATION** ("Shipper"). ACBL and Shipper are parties to that certain Liquid Cargo Contract dated March 8, 2022 (the "Contract").

The Parties hereby amend the Contract as follows:

1. **EXTENSION.** The contract term shall be extended through July 16, 2022 for additional trips.

2. **RATE.** Effective as of June 16, 2022, the rate shall increase to $7,500 per day.

All other terms and conditions of the Contract dated March 8, 2022 shall continue in full force and effect.

Agreed to and accepted on _____

**AMERICAN COMMERCIAL BARGE LINE LLC**

By: _____

Title: _____


**IWC OIL & REFINERY'S CORPORATION**

By: _____

Title: _____

1