# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC )<br><br>PLAINTIFF, )<br><br>v. )<br><br>IWC OIL & REFINERY, LLC )<br><br>DEFENDANT. ) | Case No. _____ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff American Commercial Barge Line LLC ("**ACBL**"), by counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

1. ACBL is a limited liability company organized under the laws of the state of Delaware.

2. The sole member of ACBL is Commercial Barge Line Holdings LLC ("**CBLH**"), a Delaware limited liability company with its principal place of business in Jeffersonville, Indiana.

3. No publicly held corporation owns any stock in either ACBL or CBLH.

Respectfully submitted,

*/s/ Jordan M. White*
Jordan M. White (Attorney No. 33932-10)
Matthew L. Bunnell (Attorney No. 37258-49)
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898
Tel.: (502) 589-5235
Fax: (502) 589-0309
E-Mail: jwhite@wyattfirm.com
E-Mail: mbunnell@wyattfirm.com

*Counsel for Plaintiff American Commercial Barge Line LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18th, 2022, a true and correct copy of the foregoing *Plaintiff's Corporate Disclosure Statement* was filed with the Clerk of Court using the CM/ECF system and sent by U.S. certified mail to the following:

IWC Oil & Refinery, LLC
c/o Registered Agent
Mario Aparicio
318 E. Nakoma
San Antonio, TX 78216

*Defendant*

      /s/ *Jordan M. White*
Jordan M. White

*Counsel for Plaintiff American Commercial Barge Line LLC*

100969799.2