AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-CV-00136-TWP-DML |
| IWC OIL & REFINERY, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Commercial Barge Line LLC.

Date: 10/19/2022

*Attorney's signature*

Matthew L. Bunnell (Attorney No. 37258-49)
*Printed name and bar number*

Wyatt, Tarrant & Combs, LLP
400 W. Market Street, Suite 2000
Louisville, Kentucky 40202

*Address*

mbunnell@wyattfirm.com
*E-mail address*

(502) 562-7511
*Telephone number*

(502) 589-0309
*FAX number*