## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC | )<br>)<br>) |
| PLAINTIFF, | )<br>) |
| v. | ) Case No. 4:22-cv-00136-TWP-DML<br>) |
| IWC OIL & REFINERY, LLC | )<br>) |
| DEFENDANT. | ) |

### PLAINTIFF'S SUPPLEMENTAL JURISDICTIONAL STATEMENT

Plaintiff American Commercial Barge Line LLC ("**ACBL**"), by counsel, and pursuant to the Court's Order dated October 25, 2022 (CM/ECF No. 6), hereby tenders this Supplemental Jurisdictional Statement to demonstrate the Court's jurisdiction over this case:

1. ACBL is a Delaware limited liability company with its principal place of business in Jeffersonville, Indiana.

2. The sole member of ACBL is Commercial Barge Line Holdings LLC ("**CBLH**"), a Delaware limited liability company with its principal place of business in Jeffersonville, Indiana.

3. The sole member of CBLH is American Commercial Barge Line Holding Corp. American Commercial Barge Line Holding Corp. is incorporated under the laws of the State of Delaware and maintains its principal place of business in Jeffersonville, Indiana.

4. Thus, ACBL is a resident of Delaware and Indiana.

5. Defendant IWC Oil & Refinery, LLC ("**IWC**") is a Texas limited liability company with its principal place of business in San Antonio, Texas.

6. IWC is comprised of two individual members, Marco and Claudia Aparicio, both of whom are citizens of Texas.

7. Thus, IWC is a resident of Texas.

8. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Respectfully submitted,

*/s/ Jordan M. White*
Jordan M. White (Attorney No. 33932-10)
Matthew L. Bunnell (Attorney No. 37258-49)
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898
Tel.: (502) 589-5235
Fax: (502) 589-0309
E-Mail: jwhite@wyattfirm.com
E-Mail: mbunnell@wyattfirm.com

*Counsel for Plaintiff American Commercial Barge Line LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26th, 2022, a true and correct copy of the foregoing *Plaintiff's Supplemental Jurisdictional Statement* was filed with the Clerk of Court using the CM/ECF system and sent by U.S. certified mail to the following:

IWC Oil & Refinery, LLC
c/o Registered Agent
Mario Aparicio
318 E. Nakoma
San Antonio, TX 78216

*Defendant*

*/s/ Jordan M. White*
Jordan M. White

*Counsel for Plaintiff American Commercial Barge Line LLC*

100987535.1