# EXHIBIT 1

EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IWC Oil & Refinery, LLC
8610 N. New Braunfels Suite 301
San Antonio, Texas 78217

9590 9402 6837 1074 5894 80

2. Article Number (Transfer from service label)
7021 2720 0002 8558 1020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tone Elimd_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation†
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

# 70212720000285581020

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:01 pm on November 18, 2022 in SAN ANTONIO, TX 78217.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
SAN ANTONIO, TX 78217
November 18, 2022, 1:01 pm

**Departed USPS Regional Facility**
SAN ANTONIO TX DISTRIBUTION CENTER
November 18, 2022, 2:26 am

**Arrived at USPS Regional Facility**
SAN ANTONIO TX DISTRIBUTION CENTER
November 17, 2022, 12:26 pm

Hide Tracking History

Feedback

## Text & Email Updates ⌄

Case 4:22-cv-00136-TWP-KMB Document 9-1 Filed 11/22/22 Page 4 of 4 PageID #: 42

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback