EXHIBIT A

E X H I B I T  A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC )<br>)<br>) PLAINTIFF, )<br>)<br>v. )<br>)<br>IWC OIL & REFINERY, LLC )<br>)<br>DEFENDANT. ) | Case No. 4:22-cv-00136-TWP-KMB |

## AFFIDAVIT FOR ENTRY OF DEFAULT

Affiant, Jordan M. White, being first duly sworn, deposes and states as follows:

1. I am one of counsel for Plaintiff American Commercial Barge Line LLC in the above-entitled action.

2. The Complaint and Summons in this action were served upon Defendant IWC Oil & Refinery, LLC ("IWC") on November 18, 2022 at 1:01 p.m., via certified mail, return receipt request. *See* ECF No. 9-1.

3. The time within which IWC may plead or otherwise defend has expired.

4. IWC has not pled, answered, or otherwise defended, and the time for IWC to answer, plead, or otherwise defend has not been extended.

Further Affiant sayeth naught.

Respectfully submitted,

*Jordan M. White*
Jordan M. White (Attorney No. 33932-10)
Matthew L. Bunnell (Attorney No. 37258-49)
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202-2898
Tel.: (502) 589-5235
Fax: (502) 589-0309
E-mail: jwhite@wyattfirm.com
E-mail: mbunnell@wyattfirm.com

*Counsel for Plaintiff American Commercial Barge Line LLC*

COMMONWEALTH OF KENTUCKY    )
                            )
COUNTY OF JEFFERSON         )

The foregoing instrument was subscribed, sworn to, and acknowledged before me this 14th day of December, 2022 by Jordan M. White.

_Linda N. Mattingly_
Notary Public, State-at-Large

Notary ID#: 622806

My Commission expires May 26, 2023

101019772.1

2