# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC )<br> )<br>PLAINTIFF, )<br> )<br>v. )<br> )<br>IWC OIL & REFINERY, LLC )<br> )<br>DEFENDANT. ) | Case No. 4:22-cv-00136-TWP-KMB |

## ENTRY OF DEFAULT

Plaintiff American Commercial Barge Line LLC has moved for an entry of default against Defendant IWC Oil & Refinery, LLC ("IWC") pursuant to Fed. R. Civ. P. 55(a) and has submitted an affidavit in support hereof. Accordingly, default is hereby entered on this _____, day of _____, 2022 against IWC for failure to plead or otherwise defend in this action.

_____
Clerk, United States District Court for the Southern District of Indiana

101019790.1