UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:22-cv-00136-TWP-KMB |
| IWC OIL & REFINERY, LLC Clerk's Entry of Default entered 3/20/2024, MARCO APARICIO Clerk's Entry of Default entered 3/20/2024, CLAUDIA APARICIO Clerk's Entry of Default entered 3/20/2024, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Plaintiff American Commercial Barge Line LLC and against Defendants IWC Oil & Refinery, LLC, Marco Aparicio, and Claudia Aparicio, jointly and severally, in the amount of: $409,342.57 in damages; and $31,401.90 in attorneys' fees and costs; plus post-judgment interest on the total award of $440,744.47 from the date of this Final Judgment until satisfied in full at a rate of 1.5% per month.

This action is **TERMINATED**.

Dated: 3/14/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk of Court

By: ___*Lana Harves*___
      Deputy Clerk

Distribution:

MARCO APARICIO
8610 N. New Braunsfels Ave
#301
San Antonio, TX 78217

CLAUDIA APARICIO
8610 N. New Braunsfels Ave
#301
San Antonio, TX 78217

Matthew Lewis Bunnell
White & Eldemire PLLC
matthew@we-firm.com